**FILED**

MAR 03 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN K. HILL, )
)
    Petitioner, )
)
    v. )
)
WILLIAM J. SMITH, Warden, )
)
    Respondent. )

Case: 1:16-cv-00466
Assigned To : Unassigned
Assign. Date : 3/8/2016
Description: Habeas Corpus/2241 (G Deck)

## MEMORANDUM OPINION

This matter comes before the court on review of petitioner's application to proceed *in forma pauperis* and *pro se* petition for a writ of habeas corpus. The Court will grant the application, and dismiss the petition.

Petitioner appears to allege that his status as a Moorish American National is a basis for his immediate release from the District of Columbia's custody. He is mistaken. *See, e.g., Metaphyzic El-Ectromagnetic Supreme-El v. Dir., Dep't of Corr.*, No. 3:14CV52, 2015 WL 1138246, at *4 (E.D. Va. Mar. 3, 2015), *appeal dismissed sub nom. Supreme-El v. Dir., Dep't of Corr.*, 610 F. App'x 279 (4th Cir. 2015) *cert. denied sub nom. Metaphyzic El-Ectromagnetic Supreme-El v. Clarke*, 136 S. Ct. 878 (2016); *Wright El v. South Carolina*, No. CA 3:11-3100, 2012 WL 1605118, at *1 (D.S.C. May 8, 2012); *Windom Bey v. Am. Tax Funding*, No. 11–cv–6458, 2012 WL 1495368, at *6 (W.D.N.Y. Apr. 27, 2012); *Pitt–Bey v. District of Columbia*, 942 A.2d 1132, 1135 (D.C. 2008) (rejecting claims that criminal defendant was "immune from prosecution in the Superior Court of the District of Columbia" and that he "should be accorded

1

diplomatic immunity pursuant to federal law" based on his status as a member of The Nation of Moorish Americans").

Because the complaint "lacks an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 213, 325 (1989), it is frivolous and subject to dismissal, *see* 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1); *see also El Bey v. New Jersey*, No. 14–1221, 2014 WL 4197572, at *1 (D.D.C. Aug. 20, 2014). An Order consistent with this Memorandum Opinion is issued separately.

/s/ _____
United States District Judge

DATE: 3\3\16